**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 05, 2015

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Stephen W. Byrne
Attorney at Law
302 Rosebud Ave.
Corpus Christi, TX 78404
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00447-CR
Tr.Ct.No. 12CR2627-H
Style:    William  Botello v. The State Of Texas

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    347th District Court
       Hon. Anne Lorentzen, Nueces County District Clerk (DELIVERED VIA E-MAIL)
       Hon. Missy Medary, Presiding Judge, Fifth Administrative Judicial Region
       (DELIVERED VIA E-MAIL)